COMMISSIONER OF INTERNAL REVENUE, Appellant, v. SELWYN EDDY CORPORATION, Appellee.

No. 7107.

Circuit Court of Appeals, Ninth Circuit.

March 10, 1933.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

F. E. Youngman, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered petition to review dismissed; mandate forthwith.